AO 94 (Rev. 8/97) Commitment to Another District



# UNITED STATES DISTRICT COURT
Eastern District of California

UNITED STATES OF AMERICA

V.

MARY BLAJOS

**COMMITMENT TO ANOTHER DISTRICT**

Case No. *1:17-mj-00181 SKO

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | CR 09-445 DSF | 1:17-mj-00181 SKO | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

___ Indictment  ___ Information  ___ Complaint  _X_ Other (specify) Violation Petition

charging a violation of          U.S.C. §

**DISTRICT OF OFFENSE** Central District of California, Los Angeles

**DESCRIPTION OF CHARGES:**
Violation Petition

**CURRENT BOND STATUS:**
___ Bail fixed at $_____ and conditions were not met
_X_ Government moved for detention and defendant detained after hearing in District of Arrest
___ Government moved for detention and defendant detained pending detention hearing in District of Offense
___ Other (specify)

| Representation | ___ Retained Own Counsel | _X_ Federal Defender Organization | ___ CJA Attorney | ___ None |
|---|---|---|---|---|
| Interpreter Required? | _X_ No | ___ Yes | Language: | |

**DISTRICT OF CALIFORNIA**

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

10-4-17                   _Sheila K. Oberto_
Date                      United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

FILED OCT 4 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA